**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02985-MEH

GREAT AMERICAN INSURANCE COMPANY,

    **Plaintiff,**

v.

ENERGES SERVICES, LLC,

    **Defendant.**

---

## STATUS REPORT

Plaintiff, Great American Insurance Company ("GAIC"), through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby submits the following Status Report in advance of the Scheduling Conference set for December 19, 2019 (Doc. 5).

1. GAIC filed its Complaint in this matter on October 18, 2019. (Doc. 1.)

2. Defendant was served with the Summons, Complaint, and Civil Cover Sheet on October 30, 2019, making Defendant's responsive pleading due November 20, 2019. (Doc. 6.)

3. On or about November 1, 2019, GAIC was made aware that a Receivership Action was filed in Weld County, Colorado District Court against Defendant, Case No. 19CV30880, in which an Order for Immediate Appointment of Receiver for Defendant had apparently been entered. A copy of the Order is attached as Ex. 1. The Order is dated October 23, 2019.

4. Since receiving notice of the Receivership Action, GAIC has been in contact with counsel for the Plaintiff in that case, CIBC Bank USA (Defendant's primary lender) regarding certain disputes over GAIC's priority, as surety, to assets and receivables of the Defendant. Those discussions are ongoing.

5. GAIC has also been in contact with counsel for the Receiver regarding the same issues, including a portion of the Order for Immediate Appointment of Receiver that purports to require actions against Defendant to be stayed or dismissed, without prejudice. *See* Ex. 1 at 11, ¶ 25.

6. GAIC is analyzing – but has not come to a decision – whether the state court has authority/jurisdiction to enjoin a pending federal court lawsuit that was filed before the Receivership Action and related orders, but did want to make this Court expressly aware of the Receivership Action.

7. In addition to the Order for Immediate Appointment of Receiver, the state court in the Receivership Action also entered on November 4, 2019 an Order to Present and File Claims, a copy of which is attached as Ex. 2.

8. Among other things, this Order requires that a claimant must dismiss any pending case (such as this one) without prejudice to be entitled to any distributions from the Receivership Estate. *See* Ex. 2 at 3, ¶ 14. Again, GAIC is analyzing its options regarding these issues.

9. Presumably because of the pendency of the Receivership Action, Defendant has not filed an answer or responsive pleading in this case. Nor has counsel appeared.

10. While Defendant would technically be in default, GAIC has not moved for entry of default due to concerns about the aforementioned orders in the state court case.

11.     Despite Defendant's lack of appearance, GAIC understands that Defendant does have counsel (at least in the state court case), as does the Receiver in the state court case.  GAIC has advised all such counsel of the pending Scheduling Conference but does not know whether they intend to appear.

12.     At present, GAIC intends to ask the Court for a brief period of time – perhaps 30-45 days – to allow GAIC to make a determination as to how GAIC intends to proceed in this case and/or seek a legal ruling regarding the legal effect (if any) of the state court orders in the receivership proceeding.

13.     Because of the foregoing, GAIC has not submitted a proposed Scheduling Order. GAIC did want the Court to be as apprised as possible of the current situation and, therefore, files this Status Report.

14.     GAIC intends to appear at the Scheduling Conference as scheduled and will provide a copy of this Status Report to counsel for Defendant and the Receiver.

Respectfully submitted this 18th day of December, 2019.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at
The Hustead Law Firm, A Professional Corporation*

*s/Connor L. Cantrell*
_____
Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com

clc@thlf.com
*Attorneys for Plaintiff*